■ In the Matter of GLORIA W. EDWARDS, Respondent, v RONALD JOHNSON, Appellant. (Appeal No. 2.) [649 NYS2d 898] —Order unanimously reversed on the law without costs. Same Memorandum as in *Matter of Edwards v Johnson* (233 AD2d 884 [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Child Support.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.